# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:16CR88-09 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF PROBATION |
| | ) | |
| DEIDRA WILSON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on August 3, 2018. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a probation violation hearing was held on August 10, 2018, wherein the defendant admitted to the following violations:

1. Unauthorized Use of Drugs;
2. Noncompliance with Substance Abuse and Mental Health Treatment;
3. New Law Violation;
4. Failure to Pay Restitution.

The magistrate judge filed a report and recommendation on August 13, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of her probation.

A final probation violation hearing was conducted on August 20, 2018. Defendant Deidra Wilson was present and represented by Attorney Kirk Migdal. The United States

was represented by Assistant United States Attorney David Toepfer. United States Probation Officer Bryan Capezzuto was also present.

At the hearing, both parties waived the 14-day requirement for objections to the report and recommendation and stated that there were no objections to the report and recommendation of the Magistrate Judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of her terms and conditions of her probation.

IT IS ORDERED that the defendant's term of probation is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of time served.

Upon release from imprisonment, the defendant shall serve a term of supervised release of one (1) year, with the same terms and conditions as previously set in her original terms of probation, and with the following additional conditions:

1. The defendant shall participate in an approved program of substance abuse testing and inpatient substance abuse treatment, at a residential facility when a bed becomes available, for a period of up to 90 days, as directed by the supervising officer; and abide by the rules of the treatment program. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing.
2. Upon release from inpatient treatment, the defendant shall participate in outpatient substance abuse treatment, as directed by her supervising U.S. probation officer.

ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The defendant shall pay any outstanding amount owed of her restitution order in the original amount of $8,142.89, as ordered in the Judgment Order dated October 3, 2016, joint and several with George Rafidi and Charles R. Thomas, to United States

Department of Agriculture, Food and Nutrition Services through the Clerk of the U.S. District Court. Restitution is due and payable immediately. Should the defendant be unable to pay in full immediately, the balance should be paid at a minimum rate of 10% of the defendant's gross monthly income. Notwithstanding establishment of a payment schedule, nothing shall prohibit the United States from executing or levying upon property of the defendant discovered before and after the date of this Judgment. The Court waives the interest requirement in this case.

Defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: August 20, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**